UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16CR00119 SNLJ |
| ) | |
| RYAN SANDSON, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on defendant's pro se Motion to Amend/Correct PSI and Sentence [Doc. 180] and pro se Motion for Reconsideration [Doc. 182]. For the reasons set forth below, the Court will deny both motions.

**Motion to Amend/Correct Presentence Investigation Report and Sentence**

On February 13, 2018, the defendant pleaded guilty to the offenses of Aiding & Abetting the Interference w/ Commerce by Threat or Violence and Aiding & Abetting the Possession of Firearm in Furtherance of a Crime of Violence. Doc. 115. On May 15, 2018, a sentencing hearing was held. Doc. 146 ("SH Tr."). At the sentencing hearing, the Court questioned the defendant and his attorney, Amanda Altman, concerning the presentence investigation report:

> THE COURT: . . . I received the presentence report from the probation office. Did you also get a copy of the report?
>
> THE DEFENDANT: Yes, sir.
>
> THE COURT: And have you read it and have you gone over it in detail with your lawyer?

| | |
|---|---|
| THE DEFENDANT: | Yes, sir. |
| THE COURT: | Any additions, corrections or objections by Defendant? |
| MS. ALTMAN: | No, Your Honor. |

SH Tr. at 2.

The Court then adopted as its findings of fact the factual statements set out in the presentence investigation report and reviewed the sentencing guidelines calculations with the defendant:

| | |
|---|---|
| THE COURT: | . . . The Total Offense Level is 29. The Criminal History Category is VI. The statute provides in Count 1 for up to 20 years and in Count 2 for 7 years up to life consecutive to all the other counts. |
| | The guidelines, though, are 262 months to 327 months and a supervised release period on Count 1 of 1 to 3 years and on Count 2 of 2 to 5 years. And Defendant is ineligible for probation. Any objections? |
| | . . . |
| MS. ALTMAN: | No, Your Honor. |
| THE COURT: | The Court then will adopt as its additional findings the sentencing guidelines calculations as stated. |

SH TR. at 3.

Defendant now requests that the Court "correct the false claim and crimes that are within [his] P.S.I." Doc. 180. However, at no point during the sentencing hearing did the defendant object to the presentence investigation report. In any event, even if this Court disregarded the convictions defendant complains of, defendant would still be a career offender under the sentencing guidelines. Therefore, the Court will deny his motion to

2

amend or correct the presentence investigation report and sentence.

## Motion for Reconsideration

In a letter dated November 14, 2023, construed as a Motion for Reconsideration, the defendant asks the Court to reconsider his prior Motions for Sentence Reduction Under 18 U.S.C. 3582(c)(1)(A). Doc. 182. For the reasons set out in the Court's Memorandum and Order dated December 17, 2021 [Doc. 163] and Memorandum and Order dated March 24, 2023 [Doc. 177], the request is denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Amend/Correct PSI and Sentence [Doc. 180], is **DENIED**.

**IT IS FURTHER ORDERED** that that defendant's Motion for Reconsideration [Doc. 182], is **DENIED**.

Dated this 20th day of June, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE